Gabriel D. Jack
Muston & Jack, PC
1671 The Alameda, Suite 210
San Jose, CA 95126
Tel: 408-293-2026
Fax: 650-745-0663
Email: gjack@mj-law.com
State Bar Number: 212741

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE COURTHOUSE

Suhail A. ASLAM    A    044-900-045    )
        Plaintiff,    )
            )
v.    )
            )    Civil Action No. C08 00702 HRL
            )
MICHAEL MUKASEY, Attorney General    )
of the United States;    )
MICHAEL CHERTOFF, Secretary,    )
Department of Homeland Security;    )
DAVID N. STILL, District Director,    )
San Francisco, U.S. Citizenship and    )
Immigration Services;    )
EMILIO GONZALEZ, Director,    )
U.S. Citizenship and Immigration    )
Services;    )
ROBERT S. MUELLER, III, Director,    )
Federal    )
Bureau of Investigation    )
        Defendants.    )
_____)

## PETITION FOR WRIT OF MANDAMUS

To the Honorable Judges of Said Court:

Plaintiff, through undersigned counsel, alleges as follows:

COMPLAINT - 1

# INTRODUCTION

1. This is a civil action brought pursuant to INA §336(b), 8 U.S.C. § 1447(b), 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff and to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2. This action is brought to petition the court to take action on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the USCIS'S California Service Center on or about January 22, 2004 by Mr. Suhail Ahmad Aslam. Pursuant to this filing, he was interviewed by the Immigration Service on or about 07/16/2004 and successfully passed the English language and history and government tests. (See Ex. A., Results of Interview Form N-652). To this day, almost four years after the interview, Mr. Aslam still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court upon plaintiff's request under 8 U.S.C. § 1447 (b).

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

# FACTS

6. Alien is a native and citizen of Pakistan. Alien received his Permanent Resident status as the Spouse of a U.S. Citizen. (<u>See</u> Ex. B, copy of Alien's Permanent Resident Card)

7. Alien's Permanent Resident Status was granted on August 07, 1995, and he became statutorily eligible to file a Form N-400, Application for Naturalization, on May 07, 2000 four years and nine months after the grant of Permanent Resident Status.

8. Alien filed his Form N-400, Application for Naturalization, with the U.S. Citizenship and Immigration Service on January 28, 2004. (See Ex. C, Request for Applicant to Appear for Naturalization Initial Interview)

9. Alien was most recently fingerprinted pursuant to his N-400 application on January 01, 2004. (See Ex. B, Request for Applicant to Appear for Naturalization Initial Interview)

10. Alien was interviewed by an Immigration Officer in July 16, 2004 and successfully passed the English language and history and government tests. To this day, over three years and four months after the interview, Alien still awaits the decision. (See Ex. A, Naturalization Interview Results)

11. San Jose District office of the Citizenship & Immigration Services is currently processing (as of December 12, 2007) Forms N-400 filed on March 08, 2007.  Alien's application was filed on July 16, 2004 and, therefore, its processing is significantly overdue. (See Ex. D, USCIS San Jose Office processing time report).

12. Alien inquired via letters about his status with USCIS and on November 07, 2005 was informed that his name check had yet to be resolved. (See Ex. E, copies of letters sent to USCIS and Congressman's office).

13. Alien has several times since inquired about his application via telephone and his congresswoman's office.  Alien inquired via Congresswoman Zoe Lofgren's office and received the attached letters on April 19, 2006 and June 11, 2006 explaining that the Congresswoman had indeed inquired into the matter. (See Ex. F, copies of letters sent to USCIS and Congressman's office).

## CLAIMS

14. Defendants have willfully and unreasonably delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

15. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

16. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1. Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2. Remand to Defendants and those acting under them for immediate adjudication; and

3. Grant such other and further relief as this Court deems proper under the circumstances; and

4. Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 7th day of January, 2008.

By: _____

Gabriel D. Jack, Attorney for Plaintiff

# EXHIBIT A

Case 5:08-cv-00702-HRL     Document 1     Filed 01/30/2008     Page 5 of 17

U.S. Department of Justice
Immigration and Naturalization Service

# Naturalization Interview Results

A#: <u>A 044 900 045</u>

On <u>7/16/04</u>, you were interviewed by INS officer <u>J. Baker</u>.

- ☒ You passed the tests of English and U.S. history and government.
- ☐ You passed the test of U.S. history and government and the English language requirement was waived.
- ☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- ☐ Please follow the instructions on the Form N-14.
- ☐ INS will send you a written decision about your application.
- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _✓_ **A decision cannot yet be made about your application.**

    It is very important that you:
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

# EXHIBIT B

Case 5:08-cv-00702-HRL   Document 1   Filed 01/30/2008   Page 7 of 17



# EXHIBIT C

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE: May 18, 2004 |
| CASE TYPE: N400 Application For Naturalization | INS A#: A 044 900 045 |
| APPLICATION NUMBER: WSC*001076923 | RECEIVED DATE: January 28, 2004 | PRIORITY DATE: January 28, 2004 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SUHAIL AHMED ASLAM
c/o UMAR FAROOQ
907 BOURN DR 267
WOODLAND CA 95776

Please come to:
US IMMIGRATION & NATURALIZATION SERVICE
650 CAPITOL MALL
ROOM 2_220
MAIN ROOM
SACRAMENTO CA 95814
On (Date): Friday, July 16, 2004
At (Time): 09:30 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
ROOM 2_220
650 CAPITOL MALL
SACRAMENTO CA 95814-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY



# EXHIBIT D



Home  Contact Us  Site Map  FAQ

Search

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Jose CA** Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | July 05, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | July 05, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | March 08, 2007 |
| N-600 | Application for Certification of Citizenship | October 12, 2006 |

# EXHIBIT E

Case 5:08-cv-00702-HRL     Document 1     Filed 01/30/2008     Page 13 of 17



U.S. Department of Homeland Security
650 Capitol Mall
Sacramento, CA 95814

**U.S. Citizenship and Immigration Services**

NOV - 7 2005

Suhail A. Aslam
525 Asbury Street
San Jose, CA 95110

RE: A44900045,

Dear Suhail Aslam:

    This is in response to your inquiry with regard to the status of your Form N-400, Application for Naturalization. As of the date of this letter, your application is pending routine background checks. Presently, there is no time frame that can be given for its completion; however, we monitor the status of these checks weekly. We will promptly notify you in writing upon completion of the required checks.

    Due to your change in address you are no longer in the Sacramento jurisdiction. You are now in the San Jose jurisdiction. You may contact your nearest CIS office for future inquiries and call our National Customer Service Center at 1-800-375-5283 and request the Form AR-11 to change it in the system.

Sincerely,

Susan Curda
Officer in Charge

jv

www.uscis.gov

# EXHIBIT F

ZOE LOFGREN
16TH DISTRICT, CALIFORNIA

- COMMITTEE ON THE JUDICIARY
  SUBCOMMITTEE ON COURTS, THE INTERNET, AND INTELLECTUAL PROPERTY
  SUBCOMMITTEE ON IMMIGRATION, BORDER SECURITY, AND CLAIMS

- COMMITTEE ON HOMELAND SECURITY
  SUBCOMMITTEE ON INTELLIGENCE, INFORMATION SHARING, AND TERRORISM
  RISK ASSESSMENT, RANKING MEMBER
  SUBCOMMITTEE ON ECONOMIC SECURITY, INFRASTRUCTURE PROTECTION, AND CYBERSECURITY
  SUBCOMMITTEE ON MANAGEMENT, INTEGRATION, AND OVERSIGHT

- COMMITTEE ON HOUSE ADMINISTRATION

PLEASE RESPOND TO:
☐ 102 CANNON HOUSE OFFICE BUILDING
  WASHINGTON, DC 20515
  (202) 225–3072
  (202) 225–3336 (FAX)

☒ 635 NORTH FIRST STREET
  SUITE B
  SAN JOSE, CA 95112
  (408) 271–8700
  (408) 271–8713 (FAX)

☐ zoe.lofgren@mail.house.gov
  www.house.gov/lofgren

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0516

April 19, 2006

Mr. Suhail Aslam
525 Asbury Street
San Jose, CA 85110

Dear Mr. Aslam:

Thank you for contacting my office regarding your Naturalization (N-400) application.

We will immediately follow up with the United States Citizenship and Immigration Services (USCIS) and will notify you as soon as we have a response.

Please be assured that we will let you know if there are any unexpected delays. In the meantime, if you have any additional questions, please feel free to contact Diego Barragan of my staff who is assisting me with your case. He can be reached at (408) 271-8700.

It is a pleasure serving you, and I look forward to providing you with an answer as soon as possible.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:db

PRINTED ON RECYCLED PAPER

**ZOE LOFGREN**
16TH DISTRICT, CALIFORNIA

- COMMITTEE ON THE JUDICIARY
  SUBCOMMITTEE ON COURTS, THE INTERNET,
  AND INTELLECTUAL PROPERTY
  SUBCOMMITTEE ON IMMIGRATION,
  BORDER SECURITY, AND CLAIMS

- COMMITTEE ON HOMELAND SECURITY
  SUBCOMMITTEE ON INTELLIGENCE, INFORMATION
  SHARING, AND TERRORISM
  RISK ASSESSMENT, **RANKING MEMBER**
  SUBCOMMITTEE ON ECONOMIC SECURITY,
  INFRASTRUCTURE PROTECTION, AND CYBERSECURITY
  SUBCOMMITTEE ON MANAGEMENT, INTEGRATION,
  AND OVERSIGHT

- COMMITTEE ON HOUSE ADMINISTRATION

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0516

PLEASE RESPOND TO:
☐ 102 CANNON HOUSE OFFICE BUILDING
  WASHINGTON, DC 20515
  (202) 225-3072
  (202) 225-3336 (FAX)

☒ 635 NORTH FIRST STREET
  SUITE B
  SAN JOSE, CA 95112
  (408) 271-8700
  (408) 271-8713 (FAX)

☐ zoe.lofgren@mail.house.gov
  www.house.gov/lofgren

June 11, 2006

Mr. Suhail Aslam
525 Asbury Street
San Jose, CA 85110

Dear Mr. Aslam:

I recently received a reply from the Federal Bureau of Investigation (FBI) regarding your N-400 application.

According to the FBI, your N-400 is still pending a response on the name check process before the case can be adjudicated. Unfortunately, they are unable to provide us with a timeframe for completion. However, once your name check is completed by the FBI, the United States Citizenship and Immigration Services (USCIS) will contact you directly with the next steps of your case.

If you wish to make an inquiry on your own behalf, please email the FBI at fbinncp@ic.fbi.gov. The FBI will need your name, date of birth, and A# in order to respond to your inquiry. This process will take a few weeks for them to reply back, but someone will get back to your email.

I wish I could provide you with a more favorable answer, but I am pleased my office was able to make this inquiry on your behalf. Please do not hesitate to contact me again should you need assistance in the future on any other federal matter.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:db