JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

**ORDER E-FILED 5/8/2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUHAIL A. ASLAM,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>DAVID N. STILL, District Director, San Francisco U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation;<br><br>     Defendants. | No. C 08-0702 HRL<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**<br><br>**AND ORDER** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Parties' Request for ADR Exemption
C 08-0702 HRL                                                   1

application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 6, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: May 6, 2008

/s/
GABRIEL D. JACK
Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:   May 8, 2008

HOWARD R. LLOYD
United States Magistrate Judge

Parties' Request for ADR Exemption
C 08-0702 HRL                                    2