JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

***E-FILED 6/6/2008***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUHAIL A. ASLAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MUKASEY, Attorney General ) <br> of the United States; ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> DAVID N. STILL, District Director, ) <br> San Francisco U.S. Citizenship and Immigration ) <br> Services; ) <br> EMILIO T. GONZALEZ, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER, III, Director, ) <br> Federal Bureau of Investigation; ) <br> ) <br> Defendants. ) <br> _____) | No. C 08-0702 HRL <br><br> **STIPULATION TO EXTEND DATES;** <br> **and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this mandamus action on or about January 30, 2008, and Defendants' filed their response on April 1, 2008.

    2. The USCIS has scheduled an interview on Plaintiff's application for naturalization on June 4, 2008.

    3. Accordingly, in order to allow sufficient time for the parties to resolve this matter without

Stipulation to Extend Dates
C 08-0702 HRL                        1

1  further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's
2  scheduling order as follows:
3     Last day to file/serve Joint Case Management Statement:     July 8, 2008
4     Case Management Conference:                                 July 15, 2008 at 1:30 p.m.
5
6  Dated: June 3, 2008                              Respectfully submitted,
7                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
8
9                                                          /s/
                                                   _____
10                                                 ILA C. DEISS
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants
11
12
13 Dated: June 3, 2008                                      /s/
                                                   _____
14                                                 GABRIEL D. JACK
                                                   Attorney for Plaintiff
15
16                              **ORDER**
17    Pursuant to stipulation, IT IS SO ORDERED.
18
19
   Date:   June 6, 2008
20                                                 _____
                                                   HOWARD R. LLOYD
                                                   United States Magistrate Judge
21
22
23
24
25
26
27
28
   Stipulation to Extend Dates
   C 08-0702 HRL                                    2