JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143            *ORDER E-FILED 6/30/2008*
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUHAIL A. ASLAM, ) | |
| ) | |
| Plaintiff, ) | No. C 08-0702 HRL |
| ) | |
| v. ) | |
| ) | |
| MICHAEL MUKASEY, Attorney General ) | |
| of the United States; ) | SECOND STIPULATION TO EXTEND |
| MICHAEL CHERTOFF, Secretary, ) | DATES; and [XXXXXXXX] PROPOSED ORDER |
| Department of Homeland Security; ) | |
| DAVID N. STILL, District Director, ) | |
| San Francisco U.S. Citizenship and Immigration ) | |
| Services; ) | |
| EMILIO T. GONZALEZ, Director, U.S. ) | |
| Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, III, Director, ) | |
| Federal Bureau of Investigation; ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this mandamus action on or about January 30, 2008, and Defendants' filed their response on April 1, 2008.

   2. On June 3, 2008, the USCIS requested additional evidence from Plaintiff after his interview on his application for naturalization.  The evidence is due on July 3, 2008.

   3. Accordingly, in order to allow sufficient time for the parties to resolve this matter without

Second Stipulation to Extend Dates
C 08-0702 HRL                                          1

1  further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's
2  scheduling order as follows:
3      Last day to file/serve Joint Case Management Statement:    August 5, 2008
4      Case Management Conference:    August 12, 2008 at 1:30 p.m.

6  Dated: June 26, 2008                    Respectfully submitted,
7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

9                                          _____/s/_____
                                           ILA C. DEISS
10                                         Assistant United States Attorney
                                           Attorneys for Defendants

13 Dated: June 26, 2008                    _____/s/_____
                                           GABRIEL D. JACK
14                                         Attorney for Plaintiff

16                              **ORDER**
17     Pursuant to stipulation, IT IS SO ORDERED.

19 Date:   June 30, 2008                   _____
20                                         HOWARD R. LLOYD
                                           United States Magistrate Judge

Second Stipulation to Extend Dates
C 08-0702 HRL                              2