JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

*ORDER E-FILED 8/5/2008*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUHAIL A. ASLAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MUKASEY, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>DAVID N. STILL, District Director, San Francisco U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation;<br><br>　　　　　Defendants. | No. C 08-0702 HRL<br><br>**STIPULATION TO DISMISS AND [XXXXXXXX] [PROPOSED] ORDER** |

　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C 08-0702 HRL　　　　　　　　　　　　　　　　1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: July 22, 2008                                    Respectfully submitted,

4                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
5

6                                                          _____/s/_____
                                                           ILA C. DEISS[1]
7                                                          Assistant United States Attorney
                                                           Attorneys for Defendants
8

9
   Dated: July 22, 2008                                    _____/s/_____
10                                                         GABRIEL D. JACK
                                                           Attorney for Plaintiff
11

12                                **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15

16  Date:   August 5, 2008                                 _____
                                                           HOWARD R. LLOYD
17                                                         United States Magistrate Judge

18

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 08-0702 HRL                                    2